371 A.2d 223
Commonwealth v. Daniels, Appellant.

Submitted June 14, 1976. Samuel F. Pepper and Marc R. Gordon, for appellant; Stuart M. Niemtzow, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 224
Commonwealth v. Davis, Appellant.

Submitted February 17, 1976. John P. Lawler, Public Defender, for appellant; Linda Wallach Miller, Assistant District Attorney, and James F. Marsh, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.